FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

Louis McClendon
M.W.C.F.
503 South Main St
Columbia Ms 39429

*(Enter above the full name of the plaintiff or plaintiffs and prisoner number of each plaintiff in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL - 7 2003
J T NOBLIN, CLERK
BY _____ DEPUTY

V.

CIVIL ACTION NUMBER: 2:03cv370
*(to be completed by the Court)*

Bobby Patterson - Pearl River Basin Narcotics Task Force
Forest Dantin Municipal Court Judge
and Columbia Ms. Police Dep. etc, al.

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.  Have you ever filed any other lawsuits in a court of the United States?   Yes ( ) No (✓)

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1.  Parties to the action: NONE

2.  Court (if federal court, name the district; if state court, name the county): NONE

3.  Docket Number: NONE

4.  Name of judge to whom case was assigned: NONE

5.  Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): NONE

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Louis McClendon       Prisoner Number: None

Address: Marion Walthall Correctional Facility
503 South Main
Columbia, Ms.    39429

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Bobby Patterson - Pearl River Basin Narcotics Task Force etc. is employed as Pearl River Basin Narcotics at Marion Walthall Correctional Facility

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF(S):

NAME: ~~Bobby Patterson~~
Louis McClendon

ADDRESS: M.W.C.F.
503 South Main st
Columbia Ms.    39429

DEFENDANT(S):

NAME: Bobby Patterson
Pearl River Basin
Narcotics Task Force
Forest Dantin Municipal
Court Judge and
Columbia, Ms. Police
Dep. etc. al

ADDRESS: M.W.C.F.
503 South Main st
Columbia Ms
39429

2

# ADMINISTRATIVE REMEDIES PROGRAM

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No (✓)

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No (✓)

C. Did you present the facts relating to your complaint in the administrative or grievance procedure in your institution?

   Yes (✓)   No ( )

   1. If you answer to C is yes,

      a. State the date your claims were presented: On the Date I was Arrested

      b. State how your claims were presented. (Written request, verbal request, request for forms)

      _____

      c. State the result of that procedure. (You must attach a copy of the final result, such as a certificate from the administrator of the Administrative Remedies Program stating that you have exhausted your administrative remedies.)

      See Exb "A" For the administrative Remedies that I the above have exhausted

   2. If you have not filed a grievance, state the reasons: I filed a grievance as a pre-Trail Inmate an know responese because "See Exb "A"

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

See Exb B

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Punitive Damages "10" Million

Compensatory Damages "10" Million

Signed this 24 day of June 20 03

Louis McClendon
M.W.C.F.
Louis McClendon
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

6-24-2003
(Date)

Louis McClendon

Louis McClendon
Signature of plaintiff(s)

4

Ex A

# Marion/Walthall Correctional Facility
### 503 SOUTH MAIN STREET
### COLUMBIA, MS 39424

RICHARD "RIP" STRINGER  
SHERIFF

ROBERT J. MINGO  
WARDEN

## INMATE GRIEVANCE FORM

INMATE'S NAME: Louis McClendon _____ MDOC#: _____ DORM: PT

STATE THE NATURE OF YOUR GRIEVANCE. EXPLAIN FULLY. GIVE DETAILS INCLUDING DATES, TIMES, AND PERSONS INVOLVED. USE AN ADDITIONAL SHEET OF PAPER IF NECESSARY.

My Name is the above and the warden & Sheriff said that these forms is NOT for Pre-Trail Inmates. I wrote in about (3) three an never a response. They said I have to be MDOC

### FIRST STEP

SHIFT SUPERVISOR'S RESPONSE: _____

NONE

INMATE IS SATISFIED WITH RESPONSE    ( ) YES    (✓) NO  
NOT SATISFIED, PROCEED TO STEP 2     ( ) YES    (✓) NO

### SECOND STEP

WARDEN'S RESPONSE: _____

NONE

I AM SATISFIED WITH THE RESPONSE TO MY GRIEVANCE.

SIGNATURE: Louis McClendon _____ DATE: _____

Louis McClendon

2. If your answer is yes, what was the result? Plaintiff filed the State prison Grievance Procedure two (2) Times for administrative Remedies, "No response."

3. If your answer is no, explain: _____

## PARTIES

(In item I below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

I. Name of plaintiff: Louis McClendon

Address: M.C.C.F.
503 South Main St.
P.O. Box 528
Columbia, Ms. 39429

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant Bobby Patterson _____ is employed as Pearl River Basin Norcotics Task Force at _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

The Plaintiff was arrested on July 12, 2002 the Possession of a Firearm by a Convicted Felon Charge. The May 2001 Marion County Grand Jury handed down a True Bill against Plaintiff on the Poss. of a Firearm by a Convicted Felon Charge, Cause Number K01-3022 See Exhibit "A".

In March 2002 the Poss. of a Firearm Charge was Quashed Due To a Defective Indictment with PREJUDICE, Cause Number K01-302P

2

The Plaintiff was RECHARGED for Poss. of a Firearm by a Convicted Felon Charge on July 18, 2002, claimed by a Violation of the protection against DOUBLE jeopardy on the same charge Circumstances and same alleged evidence. The Plaintiff have the RIGHT to talk to His Lawyer and have him Present with him while he was being RECHARGED for Poss. of a firearm by a Convicted Felon Charge and being questioned. See Exhibit "B-C" Plaintiff was in Denial of RIGHT of assistance of counsel. Therefore the ISSUES, RAISED "HARASSMENT Wrongly Jail and KIDNAPED

Ex. B.

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Punitive Damages    "10" Million

Compensatory Damages    "10" Million

Signed this ___19___ day of __February__, 19___

_Louis McCleod_
Signature of Plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

2-19-03
(Date)

_Louis McCleod_
_Louis McCleod_
_Louis McCleod_
Signature of Plaintiff(s)

3

**INDICTMENT**      CAUSE NUMBER K01-302P

STATE OF MISSISSIPPI      CHARGE: POSSESSION OF A
FIREARM BY A CONVICTED
FELON, HABITUAL OFFENDER

COUNTY OF MARION:



THE GRAND JURORS for the State of Mississippi, elected, impaneled, sworn and charged, in and for said County and State aforesaid, in the name and by the authority of the State of Mississippi, upon their oath, present: on or about the ▉▉▉▉

### LOUIS McCLENDON A/K/A "MEATBALL"

after having been charged by a bill of information in the Orleans Parish of Criminal District Court, New Orleans, Louisiana, Section D with the crime of Possession of Marijuana, in case number 300-876 and thereafter the said Louis McClendon was convicted of the said crime in case number 300-876 in the Orleans Parish Criminal District Court, New Orleans, Louisiana upon entering a plea of guilty to the said charge and was thereafter on the 16th day of April, 1984 sentenced to serve ▉▉ year in the custody of the Parish Prison and thereafter for a second and separate offense, the said Louis McClendon was charged by a bill of information in the Orleans Parish of Criminal District Court, New Orleans, Louisiana, Section I with the crime of Possession of Marijuana with Intent to Distribute in case number 31205-09 and after being found guilty by a jury trial in the Orleans Parish of Criminal District Court, the defendant was thereafter on the 31st day of July, 1986 sentenced to serve a term of eight (8) years in the custody of the Louisiana Department of Corrections and thereafter the said Louis McClendon was charged by an indictment in the Circuit Court of Marion County Justice Court in cause number 5663-2 with the crime of Possession of a Controlled A Substance with Intent to Transfer or Sell, Second and Subsequent Offender, Habitual Offender and thereafter the said defendant was convicted of a charge of Possession of a Controlled Substance in the Circuit Court of Marion County, Mississippi upon entering a plea of guilty to the said charge and was on the 30th day of August, 1994 sentenced to serve a term of six (6) years in the custody of the Mississippi Department of Corrections and thereafter the said defendant did on or about ▉▉▉▉

▉▉▉▉own and a 410 gauge New England Arms shotgun, bearing serial number NC▉3699▉, contrary to and in violation of Section 97-37-5 and that the defendant is in violation as a Habitual Offender under section 99-19-81 of the Mississippi Code of 197▉ as amended, against the peace and dignity of the State of Mississippi.

Exhibit-A

# CERTIFICATE OF INITIAL APPEARANCE

**STATE OF MISSISSIPPI**

**COUNTY OF MARION**

This is to certify that __Louis A. McLendon__ charged with __Felon in Possession of a Firearm__ was granted an initial appearance before ~~Justice Court Judge~~ Municipal Court Judge for __Forest M. Dantin__ of District _____ on the __18th__ day of __July__ A.D. __2002__

At said initial appearance I, the undersigned Judge did ascertain the Defendant's true name and address, which is __Louis A. McLendon, 4½ Lafayette St., Columbia, Mississippi 39429__

The said __Louis A. McLendon__ was informed of the charge against h__im__ and provided with a copy of the complaint.

I also advised h__im__ of the following:

(1) That _____ he is not required to speak and that any statement _____ he makes may be used against h__im__

(2) That _____ he has the right to assistance of counsel, and that if _____ he is unable to afford counsel, an attorney will be appointed to represent h__im__.

(3) That _____ he has the right to communicate with counsel, family or friends, and that reasonable means will be provided to enable h__im__ to do so.

_____ he was informed of h__is__ right to a Preliminary Hearing and said Preliminary Hearing was set for the __25th__ day of __July__ A.D., __2002__, at __9__ O'clock __A.__ M. Bail was set at $ __No Bond__ with Bond returnable _____

Given under my hand and seal of Office this __18th__ day of __July__ A.D., __2002__.

Amount of Bond $ __No Bond__

Municipal Judge for JUSTICE COURT JUDGE
DISTRICT NO. _____

I, __Louis A. McLendon__, hereby acknowledge that the above signed ~~Justice~~ Municipal Court Judge did advise me of the above and all of the above is true and correct.

This the __18th__ day of __July__ A.D., __2002__

FORM 4 RULE 1.04

Declined to sign.

Exhibit "B"

DEFENDANT

# MIRANDA WARNING

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer and have him present with you while you are being questioned.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish one. Do you want one now?
5. The Defendant has the right to demand a Preliminary Hearing while he/she remains in custody.

Signed: JUDGE ~~S⌀M.D~~    DEFENDANT _____

## WAIVER

After the warning and in order to secure a waiver, the following questions should be asked and an affirmative reply secured to each question.

FMD

1. Do you understand each of these rights I have explained to you?
2. Having these rights in mind, do you wish to talk to us now?
3. If you agree to answer any questions, you may request that questioning cease at any time.

---

DISTRICT NO. _____

STATE OF MISSISSIPPI

VERSUS

Louis A McLendon

### AFFIDAVIT OF DEFENDANT
### FOR COURT APPOINTED ATTORNEY

STATE OF MISSISSIPPI

COUNTY OF MARION

BEFORE ME, the undersigned authority in and for said County and State, this day personally came and appeared the _Louis A McLendon_, who, being by me first duly sworn as the law directs, says on oath that he is unable to employ counsel herein and has no means whatsoever to employ counsel herein: that he owns no property of any kind, character or description, except: _NONE_

AFFIANT further states on oath that he is (is not) employed and earns the sum of $ _—0—_ per _____.

AFFIANT understands that any false statement made by him in this affidavit could subject him to prosecution for perjury.

_[signature]_
AFFIANT

SUBSCRIBED and SWORN TO BEFORE ME, on this the _18th_ day of _July_ A.D., 20 _02_.

Exhibit "C"

~~Municipal Court for~~ JUSTICE COURT JUDGE

# IN JUSTICE COURT OF

DISTRICT _____, MARION COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**

VS

Louis A. McLendon

## ORDER OF APPOINTING ATTORNEY

It appearing to the Court that the above named defendant, charged with the Crime of **Felon in Possession of a Firearm** _____ and has no lawyer to represent him, the court is of the opinion that Honorable **C. Barry Irvin** _____, Attorney, should be and is hereby named and appointed to represent the defendant and be allowed a fee therefor when he shall have finished such duty.

SO ORDERED AND ADJUDGED on this the **18th** day of **July**, A.D., 20 **02**.

_____
Municipal Judge for JUSTICE COURT JUDGE
DISTRICT No. _____

## NOTICE OF ATTORNEY OF APPOINTMENT

TO:  Honorable **C. Barry Irvin**
Attorney At Law

_____**Columbia**_____, Mississippi

This is to notify you that I have this day appointed you to represent **Louis A. McLendon** _____ charged with the crime of **Felon in Possession of a Firearm** _____.

(X) Defendant is in **Marion County** Jail.
( ) Defendant is on Bond and my be contacted at "**As of Now**" **Still Jailed**
Phone # _____

WITNESS my signature this **18th** day of **July**, 20 **02**.

_____
Municipal Judge for Justice Court Judge
District _____
Marion County, Mississippi

---------MUST BE COMPLETED BY PLAINTIFF---------   Exb "C"

## Authorization for Release of Institutional Account Information and Payment of the Filing Fee

I, __Louis McClendon__, _____
  (Name of Plaintiff)                    (MDOC Number)

authorize the Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals. The Clerk of Court may obtain my account information from the past six months and in the future, until the filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of Court, in accord with 28 U.S.C. Section 1915.

_Louis McClendon_
(Signature of Plaintiff)

_June 24 - 2003_
(Date)

---

**IT IS PLAINTIFF'S RESPONSIBILITY TO HAVE THE APPROPRIATE PRISON OFFICIAL COMPLETE AND CERTIFY THE CERTIFICATE BELOW**

### CERTIFICATE TO BE COMPLETED BY AUTHORIZED OFFICER
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ __6.56__ on account to his credit at the __M.W.C.F.__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:

_____.

I further certify that during the last six (6) months the plaintiff's average monthly **balance** was $ __6.56__

I further certify that during the last six (6) months the plaintiff's average monthly **deposit** was $ __5.00__.

__601-736-3621__
TELEPHONE NUMBER OF
OFFICER FOR VERIFICATION

_Linda Robinson_
AUTHORIZED OFFICER OF INSTITUTION
_Linda Robinson_
PRINT NAME OF AUTHORIZED OFFICER

_June 24 - 2003_
DATE

RETURN COMPLETED FORM TO:
U. S. DISTRICT COURT
245 E. CAPITOL ST., ROOM 316
JACKSON, MS 39201

# COMMISSARY PULL SHEET
## MARION/WALTHALL CORRECTIONAL FACILITY

BOOKING NO : **2002070026**   CELL : **GEN. POPUL 20**   BEGINNING BALANCE : **$ 14.65**

INMATE NAME : **MCCLENDON, LOUIS**   ENDING BALANCE : **$ 0.00**

| ITEM | DESCRIPTION | QTY ORD. | QTY RCVD | PRICE | EXTENDED |
|---|---|---|---|---|---|
| 1069 | MAYONNAISE | 1 | 1 | $ 2.45 | $ 2.45 |
| 1085 | BREAD | 2 | 2 | $ 1.00 | $ 2.00 |
| 1089 | FROSTED FLAKES | 1 | 1 | $ 4.60 | $ 4.60 |
| 1102 | TUNA | 2 | 2 | $ 1.30 | $ 2.60 |
| 1145 | ATOMIC FIREBALL IND. | 19 | 19 | $ 0.10 | $ 1.90 |
| 1152 | JOLLY RANCHER ASST. BAGS * OUT OF | 2 | 0 | $ 0.50 | $ 0.00 |
| 2018 | FULL REGULAR HONEY BUN | 1 | 1 | $ 0.55 | $ 0.55 |
| 2047 | SKITTLES CANDY | 1 | 1 | $ 0.55 | $ 0.55 |
| | | **TOTALS** | **27** | | **$ 14.65** |

INMATE _____   OFFICER _____NPR_____

CORRECTIONS RECEIVED - INMATE _____   OFFICER _____